IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| TERRY DEESE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv643-MHT |
| | ) | |
| CHAMPION ENTERPRISES, | ) | |
| INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (doc. no. 5) are set for submission, without oral argument, on August 18, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 28th day of July, 2006.

                                                /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE