IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRY DEESE,                              *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *      CV-2006-643
                                          *
CHAMPION ENTERPRISES, INC., *et al.,*     *
                                          *
        Defendants.                       *


## PLAINTIFF'S RESPONSE TO DEFENDANT CHAMPION ENTERPRISES, INC.S, MOTION TO DISMISS OR, IN ALTERNATIVE, MOTION FOR A SUMMARY JUDGMENT

COMES NOW, the Plaintiff by and through his undersigned counsel of record and hereby responds to Defendant, Champion Enterprises, Inc.'s Motion to Dismiss or, In Alternative, Motion for Summary Judgment, and states the following:

1.      On June 19, 2006 Plaintiff filed his complaint.

2.      On July 19, 2006 Defendant Champion Home Builders Co., Inc. removed this action to this Honorable Court.

3.      On July 26, 2006 Defendant, Champion Enterprises, Inc., filed its Motion to Dismiss or, in Alternative, Motion for Summary Judgment.

4.      Pursuant to Rule 56(f) Federal Rules of Civil Procedure, this Court may either deny summary judgment or continue the hearing on summary judgment if additional discovery is needed.  In the present case, no discovery has been conducted due to the fact this case was only recently filed and removed. Additionally, Plaintiff has not had the opportunity to take the deposition testimony of any corporate representative of the Defendant relating to the issues raised in the Defendant's motion.    Without this critical information, Plaintiff cannot adequately oppose Defendant's Motion. [1]

---

[1] See Affidavit of Counsel.

Wherefore, premises considered, Plaintiffs respectfully request this Court deny the Defendant's Motion for Summary Judgment or continue the hearing for Summary Judgment until proper and adequate discovery can be had.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com


/s/ C. Gibson Vance
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRY DEESE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **CV-2006-375** |
| | * |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * |
| | * |
| **Defendants.** | * |

### <u>RULE 56(F) AFFIDAVIT OF C. GIBSON VANCE</u>

I, C. Gibson Vance, counsel for Plaintiff, after being duly sworn, state that,

1.    I am over the age of nineteen (19) years and reside in Montgomery County, Alabama.

2.    I am employed with the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and am in charge of drafting the pleadings in the above styled action and obtaining the necessary information to respond to Defendant Champion Enterprises, Inc.'s Motion to Dismiss, or, In Alternative, Motion for Summary Judgment.

3.    I have reviewed Champion Enterprises, Inc.'s Motion to Dismiss or, In Alternative, Motion for Summary Judgment.   I cannot adequately refute the specific claims made in the motion without discovery.

4.    There has been no discovery conducted in this case, as this case has only recently been filed and removed.

5.    Written discovery, as well as certain depositions, are necessary in order for the Plaintiff to adequately respond to Champion Enterprise, Inc.'s Motion to Dismiss or, In Alternative, Motion for Summary Judgment.

C. Gibson Vance

**STATE OF ALABAMA**                    §
                                        §
**MONTGOMERY COUNTY**                   §

BEFORE ME, the undersigned authority, a notary public in and for said State and County, personally appeared C. Gibson Vance, who first being first sworn by me, deposes and says that he has read the foregoing instrument, or has had read to him, and says that he did voluntarily sign the same and authorizes its filing with the Court.

SWORN TO AND SUBSRIBED on this the 15th day of August, 2006.

_____

NOTARY PUBLIC

Commission Expires: 1|16|2008