IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv643-MHT |
| ) | |
| CHAMPION ENTERPRISES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (doc. no. 5) are denied with leave to renew after a reasonable opportunity for discovery.

DONE, this the 22nd day of August, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE