IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE,            ) | |
|                        ) | |
|    Plaintiff,       ) | |
|                        ) | CIVIL ACTION NO. |
|    v.                ) | 1:06cv643-MHT |
|                        ) | |
| CHAMPION ENTERPRISES,   ) | |
| INC., et al.,           ) | |
|                        ) | |
|    Defendants.       ) | |

ORDER

It is ORDERED that the motion to strike jury demand and motion to stay alter ego claims (doc. no. 12) are set for submission, without oral argument, on September 28, 2006, with all briefs due by said date.

DONE, this the 15th day of September, 2006.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE