IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TERRY DEESE,                  )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    1:06cv643-MHT
                              )
CHAMPION ENTERPRISES,         )
INC., et al.,                 )
                              )
    Defendants.               )
```

ORDER

It is ORDERED as follows:

(1) The motion to strike jury demand (doc. no. 12) is granted to the extent plaintiff asserts an "alter ego" claim.

(2) The motion to strike jury demand (doc. no. 12) is denied in all other respects.

(3) The motion to stay (doc. no. 12) is denied.

DONE, this the 29th day of September, 2006.

　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　UNITED STATES DISTRICT JUDGE