IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, | * |
| Plaintiff, | * |
| v. | *    1:06-cv-643-MHT |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| Defendants. | * |

## PLAINTIFF'S MOTION BY CONSENT TO EXTEND THE EXPERT WITNESS REPORT DEADLINE OF DR. ROBERT KONDNER

COMES NOW, the Plaintiff Terry Deese, by and through counsel of record and pursuant to the Uniform Scheduling Order 9(B), and, with consent of Defendant, files this Motion to Extend the Expert Witness Report Deadline of Dr. Robert Kondner and states as follows:

1. Plaintiff, pursuant to the Uniform Scheduling Order has this day provided the expert reports and curriculum vitae's of Roy Bonney and Robert Parks.

2. Plaintiff additionally has provided the curriculum vitae of Dr. Robert Kondner. However, Dr. Kondner needs additional time to provide his written report and requests time to review Defendants' document productions.

3. Defendant consents to this extension.

WHEREFORE, Plaintiff requests this Court Grant this two-week extension and grant such other relief as is necessary.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com


/s/ C. Gibson Vance
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **TERRY DEESE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:06-cv-643-MHT |
| | * | |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING PLAINTIFF'S MOTION BY CONSENT TO EXTEND THE EXPERT WITNESS REPORT OF DR. ROBERT KONDNER

UPON CONSIDERATION of Plaintiff's Motion to Extend the deadline within which to produce expert Report of Dr. Robert Kondner and Defendant's consent thereto, it is this ___ day of _____, 2006, hereby

ORDERED, that said Motion be and the same hereby is Granted.

_____
Honorable Myron H. Thompson