IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TERRY DEESE,                    )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )   1:06cv643-MHT
                                )
CHAMPION ENTERPRISES,           )
INC., et al.,                   )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion to extend (doc. no. 17) is granted.

DONE, this the 3rd day of October, 2006.

　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE