IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case Number:  1:06-cv-643 MHT |
| | * | |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | |
| | * | **UNOPPOSED** |
| **Defendants.** | * | |

**CONSENT MOTION TO EXTEND**
**DEADLINE FOR DEFENDANTS TO PROVIDE EXPERT REPORTS**

**COME NOW**, the defendants and move this Honorable Court to extend the deadline for defendants to disclose and provide reports of retained experts and as grounds therefore, states as follows:

1.  In accordance with the Uniform Scheduling Order (Doc. No. 10), the deadline for defendants to disclose and provide reports of retained experts is the 31st day of January, 2007.

2.  Counsel for plaintiffs and defendants attempted to schedule plaintiffs' experts for depositions in December, 2006, but due to scheduling conflicts the depositions could not be set. Presently, an effort is being made to reschedule the depositions for the second or third week of January, 2007. All of plaintiffs' experts live outside Alabama.

3.  Following the depositions of the plaintiffs' experts regarding their opinions, defendants will need some time to review the opinions with defendants' experts and additionally, time to schedule a time for defendants' experts to inspect the subject manufactured home. It is anticipated that that all of the experts defendants may ultimately employ will also be located outside of the State of Alabama. Therefore, some lead time will be necessary in order to coordinate the scheduling of the inspection of the subject manufactured home.

1

4.   Counsel for plaintiffs is not opposed to the deadline being extended and is willing to allow the deadline to be extended to thirty (30) days after the conclusion of depositions of the plaintiffs' experts. Assuming the depositions can go forward in January, 2007, the deadline will likely not be extended past the end of February, 2007.

5.   No party will be prejudiced by the extension of the deadline for the defendants to disclose and provide reports of retained experts to thirty (30) days after the conclusion of the depositions of the plaintiffs' experts.

**WHEREFORE, PREMISES CONSIDERED,** defendants pray that this motion is granted and the Uniform Scheduling Order be amended to reflect that the defendants will have thirty (30) days from the conclusion of the plaintiffs' experts' depositions within which to disclose and provide reports of retained experts and for such other or further relief as is just.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Homes of Legend, Inc. now known as Champion Homes of Boaz, Inc., Champion Home Builders, Co. and Champion Enterprises, Inc.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, AL 35259-0069
Phone:      205.271.3100
Facsimile   205.271.3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the ____ day of _____, 200__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

_____
OF COUNSEL