IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


TERRY DEESE,                    )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )        1:06cv643-MHT
                                )
CHAMPION ENTERPRISES,           )
INC., et al.,                   )
                                )
    Defendants.                 )

ORDER

It is ORDERED that the motion to extend (doc. no. 23)

is granted.

DONE, this the 5th day of December, 2006.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE