IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 JAN 10 P 3: 44

| | | |
|---|---|---|
| TERRY DEESE, | * | |
| Plaintiff, | * | |
| v. | * | 1:06-cv-643-MHT |
| CHAMPION ENTERPRISES, INC., *et al.*, | * | |
| Defendants. | * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, C. Gibson Vance, is a member in good standing of the bar of Alabama and admitted to practice before this Court, and respectfully moves this Court to permit the admission *pro hac vice* of Lawrence J. Anderson, of the law firm of Pels, Anderson & Lee, L.L.C. The undersigned states as follows:

1.   Lawrence J. Anderson is associated in this action with C. Gibson Vance who is a member, in good standing of the Alabama Bar and this Court.

2.   In support of this Motion, movant respectfully refers the Court to the Affidavit of Lawrence J. Anderson, attached hereto as Exhibit "A", demonstrating that he is licensed to practice law before the federal and state courts in the State of Maryland, Virginia, and District of Columbia.

_____
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   1:06-cv-643-MHT |
| | * |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| | * |
| Defendants. | * |

### AFFIDAVIT

Personally appeared before me, the undersigned authority of law in and for said State and County, the within named Lawrence J. Anderson, who, having been by me first duly sworn, states on his oath as follows:

1. My name is Lawrence J. Anderson and I am an adult, resident citizen of the State of Maryland. My business address is 4833 Rugby Avenue, Fourth Floor, Bethesda, Maryland 20814.

2. The name of the Court before which I desire to appear as counsel *pro hac vice* is the United States District Court for the Middle District of Alabama, Southern Division. The style of this matter in which I desire to appear is as follows:

Terry Deese v. Champion Enterprises, Inc., et al.
United States District Court for the Middle District of Alabama, Southern Division
Civil Action No. 1:06-CV-643-MHT

3. I have been admitted to practice law in the State of Maryland since December 1991, the State of Virginia since 1994, and the District of Columbia



EXHIBIT A

since 1993, and I am currently licensed and in good standing to practice law in these states.

4. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted to practice and have not been the subject of disciplinary action by the Bar of Courts of any such jurisdiction during the preceding five (5) years.

5. I state unto the Court that I will continue to represent the Plaintiffs in this cause until a final determination is made in this cause and with reference to all matters incident to this cause, I consent to the jurisdiction of the Courts of the State of Alabama, the disciplinary tribunal of the Alabama State Bar, and the Alabama Board of Admissions in all respects, the same as if I were a regular admitted licensed member of the Alabama Bar.

6. I have been associated in the above-styled and numbered cause by C. Gibson Vance, a member in good standing of the Alabama State Bar who joins in this affidavit.

_____
Lawrence J. Anderson, Esquire
Maryland Federal Bar #:11390
State of Virginia Bar #: 37266
District of Columbia Bar #:439983


SWORN TO AND SUBSCRIBED BEFORE ME, this the __3__ day of __January__, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____



_____


## JOINDER

By the signature attached hereto, C. Gibson Vance, hereby certifies that Lawrence J. Anderson has been associated by him in the above–styled and numbered cause.

_____
C. Gibson Vance (ASB-1923-N77C)

3



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that LAWRENCE JOHN ANDERSON, ESQUIRE, BAR NUMBER 11390, was duly admitted to practice in the United States District Court for the District of Maryland on JUNE 11, 1993, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

FELICIA C. CANNON
Clerk

Date: JANUARY 9, 2007

Catherine Scaffidi - Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, | * |
| Plaintiff, | * |
| v. | *    1:06-cv-643-MHT |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| Defendants. | * |

## ORDER ON PRO HAC VICE

Having received the Motion for Admission of Lawrence J. Anderson to be specially admitted (*pro hac vice*) for the limited purpose of representation of the Plaintiffs in the above-referenced matter, and finding the same to be in proper order, this Court hereby grants said motion.

Done this _____ day of _____, 2007.

_____
The Honorable Myron H. Thompson

C. Gibson Vance
Jon D. Pels
Lawrence J. Anderson
Gregory S. Ritchey
Richard S. Walker