### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TERRY DEESE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 1:06-CV-643 MHT** |
| ) | |
| **CHAMPION ENTERPRISES, INC.,** *et al.*, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE

COMES NOW, the undersigned, W. Scott Simpson, and hereby enters an appearance as additional counsel for the Defendants, Champion Home Builders Co., Inc. and Homes of Legend, Inc.

Respectfully submitted,

/s   W. Scott Simpson   _____
W. Scott Simpson (ASB-3319-S65W)

**OF COUNSEL:**

SIMPSON LAW FIRM, P.C.
3288 Morgan Drive, Suite 112
Birmingham, Alabama  35216
Telephone:     (205) 822-3422
Facsimile:      (205) 822-3618
E-mail:          ws.simpson@mindspring.com

Gregory S. Ritchie, Esq. (ASB-8193-H68G)
Richard S. Walker, Esq. (ASB-8719-L70R)
RITCHEY & RITCHEY, P.A.
P. O. Drawer 590069
Birmingham, Alabama  35259-0069
Telephone:     (205) 271-3100
Facsimile:      (205) 271-3111

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following parties on this the 30th day of January, 2007.

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Gibson Vance, Esq.
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama  36103

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lawrence J. Anderson, Esq.
Jon D. Pels, Esq.
Pels, Anderson & Lee, LLC
4833 Rugby Avenue, Fourth Floor
Bethesda, MD  20814

                                                /s   W. Scott Simpson_____
                                                Of Counsel