IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case Number: 1:06-cv-643 MHT |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | **UNOPPOSED** |
| **Defendants.** | * | |

**CONSENT MOTION TO EXTEND
DEADLINE FOR DEFENDANTS TO PROVIDE EXPERT REPORT**

**COME NOW**, Defendants and move this Honorable Court to extend the deadline for Defendants to provide the report of one of their retained experts and as grounds therefore, states as follows:

1.  In accordance with the Order (Doc. No. 24) dated the 5th day of December 2006, the deadline for Defendants to disclose and provide reports of retained experts was extended to thirty (30) days after the conclusion of depositions of the plaintiffs' experts.

2.  Counsel for Plaintiffs and Defendants have agreed to have a piece of wallboard from the subject manufactured home extracted and tested by one of Defendants disclosed experts, Roger Garrett. Due to scheduling conflicts, the parties have been unable to accomplish the same. Presently, the parties have agreed to meet and extract a piece of wallboard on the 20th day of March 2007 to send to Mr. Garrett who resides in Indiana.

3.  Once Mr. Garrett receives the piece of wallboard, he will need time to conduct tests and prepare a report. Thereafter, Defendants will be able to produce Mr. Garrett's report.

4.  Counsel for plaintiffs is not opposed to the deadline being extended and is willing to allow the deadline to be extended to the 28th day of March 2007.

5.  No party will be prejudiced by the extension of the deadline for Defendants to produce Mr. Garrett's report. Defendants will produce all other expert reports on or before the 21st day of March 2007.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that this motion is granted and they be given until the 28th day of March 2007 to produce Mr. Garrett's expert report and for such other or further relief as is just.

Respectfully submitted,

**RITCHEY & RITCHEY, P.A.**

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Homes of Legend, Inc. now known as Champion Homes of Boaz, Inc., Champion Home Builders, Co. and Champion Enterprises, Inc.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, AL 35259-0069
Phone:      205.271.3100
Facsimile   205.271.3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the ___15th___ day of ___March___, 200_7_, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

_____
OF COUNSEL

3