IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv643-MHT |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to extend deadline (doc. no. 30) is granted.

DONE, this the 22nd day of March, 2007.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE