IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, )<br>    )<br>   Plaintiff, )<br>    )<br> v. )<br>    )<br>CHAMPION ENTERPRISES, )<br>INC., et al., )<br>    )<br>   Defendants. ) | CIVIL ACTION NO.<br>1:06cv643-MHT |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (doc. no. 32) are set for submission, without oral argument, on July 23, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE