IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRY DEESE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * Case No. 06-643-MHT |
| | * |
| **CHAMPION ENTERPRISES, INC.,** | * |
| | * |
| **Defendant.** | * |

## PLAINTIFF'S MOTION FOR LEAVE TO SEAL

COMES NOW the Plaintiff, by and through his undersigned counsel and hereby files his Motion for Leave to Seal Plaintiff's Response to Defendants' Renewed Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and exhibits attached to motion, and as grounds therefore, the Plaintiff would state as follows:

1. On October 3, 2006, a protective order was filed in this case (Doc. No. 18).

2. Documents referenced and attached as exhibits to Plaintiff's Response to Defendants' Renewed Motion to Dismiss, or in the Alternative, Motion for Summary Judgment are documents that were either introduced during Champion Enterprises Inc.'s Corporate Representative's deposition, obtained from Champion Enterprises Inc.'s website, or documents produced by Plaintiff's expert, Edward W. Sauls.

Pursuant to Paragraph b of the Order on Motion and Stipulated Protective Order-Confidentiality (Doc. No. 18), Plaintiff Terry Deese hereby respectfully requests this Honorable Court order Plaintiff's Response to Defendant's Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and exhibits attached be sealed.

Respectfully submitted this 23rd of July, 2007.

/s/ C. Lance Gould                    _
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

**CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 23rd day of July, 2007.


                                                <u>C. Lance Gould</u>
                                                OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216

3