IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE,                     )<br>                                  )<br>    Plaintiff,                   )<br>                                  )<br>    v.                            )<br>                                  )<br>CHAMPION ENTERPRISES,             )<br>INC., et al.,                    )<br>                                  )<br>    Defendants.                   ) | CIVIL ACTION NO.<br>1:06cv643-MHT |

ORDER

It is ORDERED that the motion to seal (doc. no. 35) is granted.

DONE, this the 25th day of July, 2007.

                        /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE