IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TERRY DEESE,                    )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )   1:06cv643-MHT
                                )
CHAMPION ENTERPRISES,           )
INC., et al.,                   )
                                )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion to strike (doc. no. 38) is set for submission, without oral argument, on August 10, 2007, with all briefs due by said date.

DONE, this the 31st day of July, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE