IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE,                              )
                                           )
    Plaintiff,                             )
                                           )    CIVIL ACTION NO.
    v.                                     )    1:06cv643-MHT
                                           )
CHAMPION ENTERPRISES,                      )
INC., et al.,                              )
                                           )
    Defendants.                            ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 25 & 26) are granted.

DONE, this the 14th day of August, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE