IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number:  1:06-cv-643 MHT |
| | * | |
| CHAMPION ENTERPRISES, INC., *et al.,* | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc. (hereinafter referred to as "Legend"), one of the defendants in the above-styled action, by and through counsel of record, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* moves for a summary judgment in its favor and in support thereof states as follows:

1.      There is no genuine issue as to any material fact and Legend is entitled to a judgment in its favor as a matter of law.

2.      In support of its motion, Legend is submitting herewith and incorporates by reference herein its Brief in Support of its Motion for Summary Judgment and the exhibits attached thereto.

**WHEREFORE, PREMISES CONSIDERED,** Legend prays for a summary judgment in its favor and for such other or different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

Gregory S. Ritchey, Esquire{ASB-8193-H68G}

1

Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Homes of Legend, Inc. now
known as Champion Homes of Boaz, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:          205.876.1600
Facsimile       205.876.1616

## CERTIFICATE OF SERVICE

_____, the undersigned, do hereby certify that on the _17_ day of _October_ _____,
200_ _7_, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system
which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

Jon D. Pels, Esquire
Lawrence J. Anderson, Esquire
Pels, Anderson & Lee, LLC
4833 Rugby Avenue, 4th Floor
Bethesda, MD 20814

OF COUNSEL