IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, | * |
| Plaintiff, | * |
| v. | * Case Number: 1:06-cv-643 MHT |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| Defendants. | * |

### MOTION FOR SUMMARY JUDGMENT-PREEMPTION

**COMES NOW**, Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc. (hereinafter referred to as "Legend"), by and through counsel of record, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* moves for a summary judgment in its favor based on preemption and in support thereof states as follows:

1. There is no genuine issue as to any material fact and Legend is entitled to a summary judgment in its favor as a matter of law.

2. In support of its motion, Legend is submitting herewith and incorporates by reference herein its Brief in Support of its Motion for Summary Judgment -Preemption and the exhibits attached thereto.

**WHEREFORE, PREMISES CONSIDERED,** Legend prays for a summary judgment in its favor and for such other or different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

Gregory S. Ritchey, Esquire {ASB-8193-H68Q}

1

        Richard S. Walker, Esquire {ASB-8719-L70R}
        Counsel for Homes of Legend, Inc. now known as Champion Homes of Boaz, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:       205.876.1600
Facsimile    205.876.1616

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the __17__ day of __Oct__, 200_7_ I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

Jon D. Pels, Esquire
Lawrence J. Anderson, Esquire
Pels, Anderson & Lee, LLC
4833 Rugby Avenue, 4th Floor
Bethesda, MD 20814

_____
OF COUNSEL