IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE,                )<br>                             )<br>    Plaintiff,             )<br>                             )      CIVIL ACTION NO.<br>    v.                       )      1:06cv643-MHT<br>                             )<br>CHAMPION ENTERPRISES,        )<br>INC., et al.,               )<br>                             )<br>    Defendants.              ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 43) is set for submission, without oral argument, on November 2, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE