IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE,                    ) | |
|     Plaintiff,           ) | |
|     v.                        ) | CIVIL ACTION NO. 1:06cv643-MHT |
| CHAMPION ENTERPRISES, ) INC., et al.,                ) | |
|     Defendants.         ) | |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 10) is amended to reflect that the trial of this case is set for the term of court beginning on February 11, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 24th day of October, 2007.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE