IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRY DEESE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No. 06-643-MHT |
| | * |
| **CHAMPION ENTERPRISES, INC., et. al.,** | * |
| | * |
| | * |
| Defendants. | * |

### JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT - PREEMPTION

The parties respectfully request that this Court extend the deadline for the filing responses to Defendant's Motion for Summary Judgment and Motion for Summary Judgment – Preemption. Plaintiff's response is currently due on November 2, 2007 and Defendant's reply to Plaintiff's response is currently due on November 7, 2007.

Additional time is requested because the parties have just concluded depositions and need additional time to receive the transcripts in order to properly cite the record.

Therefore, Plaintiff requests that the deadline for filing his response to Defendant's Motion for Summary Judgment and Motion for Summary Judgment – Preemption be extended until November 12, 2007 and Defendant's Reply extended to November 19, 2007.

|  |  |
|---|---|
|  | /s/ C. Lance Gould |
|  | C. Lance Gould (ASB-0913-G66C) |
|  | Attorney for Plaintiff |

**OF COUNSEL:**

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 (fax)

|  |  |
|---|---|
|  | /s/ Gregory S. Ritchey |
|  | Gregory S. Ritchey (ASB-8193-H68G) |

RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216
(205) 876-1600
(205) 876-1616 (fax)

2

**CERTIFICATE OF SERVICE**

  I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all parties by placing a copy of same in the United States Mail, first class, postage prepaid and/or by hand delivery on this the 1st day of November, 2007.

                /s/ C. Lance Gould
                OF COUNSEL


                /s/ Gregory S. Ritchey