IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv643-MHT |
| ) | |
| CHAMPION ENTERPRISES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED as follows:

(1) The joint motion for extension of time (Doc. No. 50) is granted.

(2) The motions for summary judgment (Doc. Nos. 43 and 45) are reset for submission, without oral argument, on November 19, 2007, with plaintiff's response due by November 12, 2007, and defendants' reply due by November 19, 2007.

DONE, this the 2nd day of November, 2007.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE