IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 06-643-MHT |
| | * | |
| CHAMPION ENTERPRISES, INC., et. al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Plaintiff's Counsel and Counsel for Defendant conducted a face-to-face settlement conference on November 1, 2007. Counsel for Plaintiff and Defendant discussed settlement of this case but were unable to settle this matter. The Parties believe that mediation may assist them in resolving this case prior to trial.

Respectfully submitted this 7th day of November, 2007

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 6th day of November, 2007.

C. Lance Gould
OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216