IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | * | |
| Plaintiff, | * | |
| v. | * | Case Number: 1:06-cv-643 MHT |
| CHAMPION ENTERPRISES, INC., *et al.*, | * | |
| Defendants. | * | |

## MOTION TO STRIKE

**COMES NOW**, Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc. (hereinafter referred to as "Legend"), one of the defendants in the above-styled action, by and through counsel of record, and moves this Honorable Court to strike Exhibits 12 and 13 to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment - Preemption (hereinafter referred to as "Exhibit 12" and "Exhibit 13" respectively) and Exhibit 13 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment as to Merits (hereinafter referred to as "Exhibit 13 - Merits") and in support thereof states as follows:

1. On the 21st day of August, 2006, a Uniform Scheduling Order (Doc. No. 10) was entered establishing deadlines for the above styled matter. Pursuant to the terms of the Uniform Scheduling Order, reports and other disclosures from the plaintiff's retained experts under Fed.R.Civ.P. 26(a)(2) were due on or before September 29, 2006. (Uniform Scheduling Order, ¶ 8).

2. Rule 26(a)(2)(B) states among other things, "The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness..." Exhibits 12 and 13 contain affidavits of the plaintiff's

1

experts that are simply addenda to their reports. These addenda were served on November 12, 2007 with the Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment – Preemption. These late addenda unfairly prejudice Legend who has not had the opportunity to cross-examine plaintiff's experts regarding their new positions. Also, experts for Legend will not have adequate time to review and respond to the new assertions since all discovery deadlines have passed.

3.   Exhibit 12 also contains 193 pages of information allegedly relied on by the plaintiff's expert which were not timely disclosed to defense counsel as required under both Rule 26 and the Court's Uniform Scheduling Order. This late disclosure unfairly prejudices Legend. The late service comes after Legend has already deposed Mr. Parks and does not allow for cross-examination regarding the issues contained therein. Also, experts for Legend will not have adequate time to review and respond to the materials therein as all discovery deadlines have passed.

4.   Exhibit 13 - Merits contains information relied on by the plaintiff's expert which were not timely disclosed to defense counsel as required under both Rule 26 and the Court's Uniform Scheduling Order. This late disclosure unfairly prejudices Legend. The late service comes after Legend has already deposed Mr. Parks and does not allow for cross-examination regarding the issues contained therein as all discovery deadlines have passed.

5.   Based on the foregoing and in accordance with this court's authority granted under Fed. R. Civ. P. 37(c)(1), Exhibit's 12 and 13 to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment – Preemption and Exhibit 13 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment as to Merits should not be admitted for consideration of the plaintiff's opposition, in hearing or at the trial of this matter.

**WHEREFORE PREMISES CONSIDERED,** Legend prays that this Honorable Court will strike Exhibits 12 and 13 to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment - Preemption and Exhibit 13 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment as to Merits and for such other or different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Homes of Legend, Inc. now known as Champion Homes of Boaz, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:      205.876.1600
Facsimile   205.876.1616

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 19th day of Nov, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

Jon D. Pels, Esquire
Lawrence J. Anderson, Esquire
Pels, Anderson & Lee, LLC
4833 Rugby Avenue, 4th Floor
Bethesda, MD 20814

OF COUNSEL