IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv643-MHT |
| | ) | |
| CHAMPION ENTERPRISES, | ) | |
| INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to strike (Doc. No. 57) is set for submission, without oral argument, on December 17, 2007, with all briefs due by said date.

DONE, this the 27th day of November, 2007.

                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE