IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 06-643-MHT |
| | * | |
| HOMES OF LEGEND, INC., | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S WITNESS LIST

Plaintiff may call any of the following witnesses to testify during the arbitration hearing in this matter:

1. Terry Deese, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL

2. Roy E. Bonney

3. Bobby Parks

4. Robert L. Kondner, P.E.

5. Francis Conlin

6. David Tompos

7. Roger Garrett

8. Parker Holloway

9. Corporate representative of Homes of Legend, Inc.;

10. Any witnesses listed by Defendant;

11. Any witnesses necessary for rebuttal or impeachment purposes;

12. Any witness whose name is revealed through subsequent discovery.

Plaintiff reserves the right to amend this witness list.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27th day of December, 2007.

                                                  /s/ C. Lance Gould
                                                 OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216