## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No. 06-643-MHT** |
| | * | |
| **HOMES OF LEGEND, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF'S EXHIBIT LIST

Plaintiff may introduce any of the following exhibits into evidence at the arbitration hearing of this matter:

1. Department of Housing and Urban Development (HUD) Research Grant – 1995 Manufactured Housing Walls That Provide Satisfactory Moisture Performance in All Climates

2. Manufactured Housing Research Alliance – 1999 – Moisture Problems in Manufactured Homes, Understanding Their Causes and Finding Solutions

3. Department of Housing and Urban Development (HUD) 24 CFR Part 3280 – 2000 – Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Proposed Rule

4. Florida Solar Energy Center (FSEC) – 2000 – Moisture Problems in Manufactured Housing: Probable Causes and Cures

5. Manufactured Housing Research Alliance Manufactured Housing Technologies – 2000 – Solving Moisture Problems in Manufactured Housing

6. Home Energy – 2000 – Moisture Problems in Manufactured Housing

7.    Department of Housing and Urban Development (HUD) 24 CFR Part 3280 – 2002 – Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Final Rule

8.    The Partnership for Advancing Technology in Housing (PATH) – 2003 – Alternatives for Minimizing Moisture Problems in Homes Located in Hot, Humid Climates: Interim Report

9.    The Partnership for Advancing Technology in Housing (PATH) – 2003 – Minimizing Moisture Problems in Homes Located in Hot, Humid Climates:  Final Report

10.    Building America/U.S. Department of Energy – 2004 – Alleviating Moisture Problems in Hot, Humid Climate Housing

11.    Prepared for:  U.S. Department of Housing and Urban Development Washington, D.C. – October 2004 Office of Policy Development and Research – 2004 – Building Moisture and Durability

12.    U.S. Department of Housing and Urban Development (HUD) – 2006 – Moisture-Resistant Homes

13.    ASHRAE Chapter 23 – 2005 – Thermal and Moisture Control in Insulated Assemblies:  Fundamentals

14.    ASHRAE Chapter 24 – 2005 – Thermal and Moisture Control in Insulated Assemblies:  Applications

15.    New Texas Residential Building and Energy Code Requirements as of 2002 – Vapor Barrier Ban

16.    A Technical Report by . . .  Johns Manville – Not in My Building" Moisture and Mold Growth / and the Specification of Wall Coverings

17.    Bailey Engineering Corporation – Air Infiltration in Coastal Regions / The "Paston Effect"

18.    Sto Corp – Moisture Control Principles for Design and Construction of Wall Assemblies

19.    Florida Solar Energy Center – Managing Mold in Your Florida Home: A Consumer Guide

20.    Clemson University – Residential Housing Moisture: Build to Keep It Out of Homes in the Warm, Humid Climate

21.    Building Science Digest 106 – Joseph Lstiburek: Understanding Vapor Barriers

22.    Claudette Hanks Reichel, Ed, Professor (Housing), LSU AgCenter: Building your Louisiana House

23.    Energy Efficiency Manual: Vapor Barriers-Reference Note 42 – Where Should the Vapor Barrier be Installed?

24.    Department of Homeland Security Federal Emergency Management Agency: Alternative Housing Pilot Program – Park Model & Mississippi Cottage

25.    2003 APA – The Engineered Wood Association: Building a Better Home – Avoiding Moisture Accumulation in Walls

26.    The Vinyl Institute: AIA/Architectural Record – Continuing Education Series

27.    ASTM Designation: E 1186-03: Standard Practices for Air Leakage Site Detection in Building Envelopes and Air Barrier Systems

28.    LSU AgCenter: Ideal Wall Assemblies for Hot-humid and Mixed-humid Climates

29.    PermaVent TM: Microvented Wallcovering

30. Omnova Solutions Inc: Moisture, Permeability and Mold

31. Removing the Barriers: Study of Bobby Parks

32. Builders Guide – Hot-humid Climates by Joseph Lstiburek – revised 2002

33. Builders Guide – Hot-humid Climates by Joseph Lstiburek – revised 2005

34. Building Science for Building Enclosures by Joseph Lstiburek and Eric Burnett – 2005

35. Moisture Control Handbook by Joseph Lstiburek and John Carmody – 1994

36. Preliminary Waiver dated March 30, 2000, Part III Department of Housing and Urban Development 24 CFR Part 3280 "Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Proposed Rule"

37. Final Rule dated April 24, 2002, Part IV Housing and Urban Development 24 CFR Part 3280 "Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Waiver; Final Rule"

38. Department of Housing and Urban Development § 3280.506 U/O Value Zone Map

39. The effects of a vapor barrier on a cooled wall in the hot, humid climate/A collection and comparison of air sampling by Bobby Parks

40. The HUD Standards "Part 3282 – Manufactured Home Procedural and Enforcement Regulations"

41. The HUD Standards "Part 3280 – Manufactured Home Construction and Safety Standards

42. Bill Farish, P.E. of Fleetwood Enterprises, Inc.'s letter dated January 17, 2005 with comments on the Proposed Rule

43.    U.S. Department of Energy:    BAIHP Partnership with Fleetwood Homes (Headquarters)

44.    Moisture & Mold Diagnostics and Mitigation by Francis Conlin – NC Energy Star Conference, December 6, 2006, Raleigh, NC

45.    Moisture Management in Wall Assemblies:    Air, Water, and Vapor Barriers – Selecting the appropriate barrier based on climate, codes, and design criteria

46.    Whole House Ventilation Strategies by Manufactured Housing Research Alliance

47.    Attic Ventilation Design Strategies for Manufactured Homes by Manufactured Housing Research Alliance

48.    Air Barriers:  Increasing Building Performance, Decreasing Energy Costs - Architectural Record Continuing Education Series

49.    Joe's Top Ten List of Dumb Things to do in the South

50.    Assessing Water Damage to Gypsum Board by Gypsum Association

51.    Guidelines for Prevention of Mold Growth on Gypsum Board by Gypsum Association

52.    Installation of Predecorated Gypsum Board by Gypsum Association

53.    Building Science and the Code – Moisture Control by Billy Hinton, Chuck Murray and Bill Warren

54.    Mold Clean-Up Guidelines for Residents by Micro Ecologies, Inc.

55.    Eagleroc Laminate Gypsum Board by American Gypsum

56.    Fleetwood Enterprises, Inc.'s alternative construction letters

57.    Report of Francis Conlin, P.E. regarding home of Gary and Geraldine Hunter

58.    Draft report of Francis Conlin, P.E. regarding home of Stanley and Sheila Byrd

59.    Final report of Francis Conlin, P.E. regarding home of Stanley and Sheila Byrd

60.    Report of Francis Conlin, P.E. regarding home of Charles and Dinah Daugherty

61.    Transcript of arbitration proceedings in <u>Whitaker v. Fleetwood</u> case

62.    Transcript of arbitration proceedings in <u>Byrd v. Southern Energy</u> and <u>Daugherty v. Southern Energy</u> cases

63.    CertainTeed Home Institute - 2004 - Everything You Always Wanted to Know About Insulation, Ventilation, and Vapor Retarders

64.    Removing the Barriers: Final Report by Bobby Parks - 11/10/07

65.    Report of Francis Conlin, P.E. regarding homes of Steven Whitaker

66.    Report of Francis Conlin, P.E. regarding home of James and Roxanne Payne

67.    Report of Francis Conlin, P.E. regarding home of Terry Deese

68.    Report of David Tompos regarding home of Stanley and Sheila Byrd

69.    Report of David Tompos regarding home of Charles and Dinah Daugherty

70.    Report of David Tompos regarding home of Terry Deese

71.    Deposition transcript of Francis Conlin re: Byrd & Daugherty v. Southern Energy

72.    ASHREAE Journal – Thermodynamics: It's Not Rocket Science, by Joseph Lstiburek, Ph.D., P.Eng., December, 2007

73.    U.S. Department of Housing and Urban Development – Healthy Homes Initiative (HHI) Background Information, Version 3, March 2006 – Healthy Homes Issues: Mold

74.    Published List of References and Warnings as to the Use of a Vapor Barrier/Retarder Within the Hot, Humid Climate

75.    Email and letter correspondence between Bobby Parks and Shawn McKee, Structural Engineer of HUD

76.     Report of Roy Bonney

77.     Report of Bobby Parks

78.     Report of Robert L. Kondner, P.E.

79.     Bill of Sale

---

Plaintiff reserves the right to offer any exhibit listed by any other party.

Plaintiff reserves the right to use any exhibit necessary for cross examination.

Plaintiff reserves the right to use any exhibit found through outstanding discovery.

Plaintiff reserves the right to use any exhibit necessary for rebuttal.

Plaintiff reserves the right to amend this Exhibit List at any time.


/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff


**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27th day of December, 2007.

/s/ C. Lance Gould
OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216