IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY DEESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv643-MHT |
| | ) | |
| HOMES OF LEGEND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Homes of Legend, Inc.'s motion to supplement (Doc. No. 65) is granted.

(2) Plaintiff Terry Deese is allowed until January 22, 2008, to respond.

DONE, this the 4th day of January, 2008.

                                              /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE