IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRY DEESE,** | * |
| **Plaintiff,** | * |
| v. | * Case Number: 1:06-cv-643 MHT |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * |
| **Defendants.** | * |

### JOINT MOTION TO EXTEND DEADLINES AND CONTINUE TRIAL

**COMES NOW** the parties, by and through counsel, and jointly move to suspend all present deadlines and continue the trial set for the week of February 11, 2008 and as grounds therefore, states as follows:

1. In late December, counsel for the defendant received a report on the testing of the wall board of the subject manufactured home that indicated that the wall board had a permanence rating of 20.65 and thus, would not be considered an interior vapor retarder as alleged in the Complaint. On January 3, 2008, Homes of Legend, Inc., now known as Champion Homes of Boaz, Inc., filed a Motion for Leave to Supplement Motions for Summary Judgment (Doc. No. 65).

2. By Order dated January 4, 2008, (Doc. No. 66), this Honorable Court allowed the supplementation and also, allowed the plaintiff until January 22, 2008 within which to provide a response.

3. On January 10, 2008, counsel for the plaintiff advised counsel for the defendant that the plaintiff was conducting another test of the similar piece of wall board retrieved from the

subject manufactured home, which would take approximately two to three weeks to be completed.

4. It is believed by the parties that the results of the second testing of the wall board will likely lead to the voluntarily dismissal of the case if the test results are substantially the same or some other disposition without the necessity of further litigation.

5. Based on the foregoing, the parties respectfully ask that all present deadlines be suspended and the trial continued. The parties believe that an update can be provided to the Court within thirty (30) to forty-five (45) days advising whether this case will proceed or if new deadlines and a trial date need to be set.

**WHEREFORE PREMISES CONSIDERED**, the parties pray that all present deadlines be suspended and the trial continued, and for such other, further and different relief as may be just.

Respectfully submitted,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, PC


/s/ C. Lance Gould
C. Lance Gould, Esquire {ASB-0913-G66C}
Counsel for Terry Deese

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
Post Office Box 4160
Montgomery, AL 36103
Telephone:   334.269.2243
Facsimile:   334.954.7555

Respectfully submitted,

RITCHEY & SIMPSON, PLLC


/s/ Gregory S. Ritchey
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Homes of Legend, Inc. now known as
Champion Homes of Boaz, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Telephone:    205.876.1600
Facsimile:    205.876.1616


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

Jon D. Pels, Esquire
Lawrence J. Anderson, Esquire
Pels, Anderson & Lee, LLC
4833 Rugby Avenue, 4th Floor
Bethesda, MD 20814


/s/ Gregory S. Ritchey
OF COUNSEL