IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TERRY DEESE,                    )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )   1:06cv643-MHT
                                )
HOMES OF LEGEND, INC.,          )
                                )
    Defendant.                  )
```

## ORDER

It is ORDERED that the joint motion to extend deadlines and continue trial (Doc. No. 67) is granted as follows:

(1) The uniform scheduling order (Doc. No. 10) is amended to reflect that the pretrial is set for May 22, 2008, and the trial is set for July 21, 2008, with all deadlines expressly tied to these dates adjusted accordingly.

(2) The pretrial is specifically set for May 22, 2008, at 9:30 a.m. at the federal courthouse in Montgomery, Alabama.

(3) Defendant's motions for summary judgment (Doc. Nos. 43 & 45) are reset for submission, without oral argument, on May 9, 2008, with defendant's supplemental submission due by April 18, 2008, and plaintiff's supplemental submission due by May 9, 2008.

DONE, this the 18th day of January, 2008.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE