**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case Number: 1:06-cv-643 MHT** |
| | * | |
| **CHAMPION ENTERPRISES, INC., *et al.*,** | * | **UNOPPOSED** |
| | * | |
| **Defendants.** | * | |

**MOTION TO STAY-PENDING SETTLEMENT**

**COMES NOW** Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc., the remaining Defendant in the above matter and with consent of all parties, moves for a stay of this action pending the settlement, and as grounds therefore states as follows:

1. This case is one of several similar cases filed in this state and other states with regard to wallboard issues in manufactured housing.

2. A tentative settlement agreement has been reached in this and over 100 similar such matters.

3. The parties request a stay of ninety (90) days in order to consummate the settlement and obtain signatures on the settlement documentation and releases.

4. The parties represent to the Court that should this case not settle, counsel will provide to the Court on or before the expiration of the ninety (90) day period a joint proposed scheduling order, resetting all existing deadlines previously set by this Court.

5. No party will be prejudiced by the stay of this case and all deadlines, including a continuation of the trial setting if the case does not settle.

**WHEREFORE, PREMISES CONSIDERED**, Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc. prays that this case will be stayed for ninety (90) days, pending settlement, and for such and other different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s Gregory S. Ritchey
Gregory S. Ritchey, Esquire (ASB-8193-H68G)
Richard S. Walker, Esquire (ASB-8719-L70R)
Counsel for Champion Homes of Boaz, Inc.,
formerly known as Homes of Legend, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone: 205.876.1600
Facsimile 205.876.1616

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 7th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

/s Gregory S. Ritchey
OF COUNSEL