IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TERRY DEESE,                    )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )        1:06cv643-MHT
                                )
HOMES OF LEGEND, INC.,          )
                                )
    Defendant.                  )
```

### ORDER

It is ORDERED as follows:

(1) The motion to stay (Doc. No. 69) is granted.

(2) All pending motions are denied without prejudice.

(3) All proceedings are stayed pending further order.

(4) On August 4, 2008, and on the first Monday of every even month thereafter, defendant Homes of Legend, Inc. is to file a report of the status of this litigation.

(5) The clerk of the court is to close this case administratively.

DONE, this the 16th day of April, 2008.


                   /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE