IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| v. | * | Case Number: 1:06-cv-643 MHT |
| | * | |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | |
| | * | |
|     **Defendants.** | * | |

## NOTICE OF CHANGE OF FIRM ADDRESS

**COMES NOW** Homes of Legend, Inc. the remaining Defendant in the above matter and files this Notice of Change of Firm Address as follows:

    Gregory S. Ritchey, Esquire          Richard S. Walker, Esquire
    RITCHEY & SIMPSON, PLLC        RITCHEY & SIMPSON, PLLC
    2700 Highway 280, Suite 203 West    2700 Highway 280, Suite 203 West
    Birmingham, Alabama  35223         Birmingham, Alabama  35223
    Telephone:    205.876.1600            Telephone: 205.876.1600
    Facsimile:     205.876.1616             Facsimile: 205.876.1616
    Email: gsritchey@ritcheysimpson.com   Email: rswalker@ritcheysimpson.com

                                                                       Respectfully submitted,

                                                                       RITCHEY & SIMPSON, PLLC

                                                                       /s Gregory S. Ritchey
                                                                       Gregory S. Ritchey, Esquire  (ASB-8193-H68G)
                                                                       Richard S. Walker, Esquire  (ASB-8719-L70R)
                                                                       Counsel for Champion Homes of Boaz, Inc.,
                                                                       formerly known as Homes of Legend, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
2700 Highway 280, Suite 203 West
Birmingham, AL 35223
Phone:            205.876.1600
Facsimile       205.876.1616

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on the 29th day of May 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                                                                /s Gregory S. Ritchey
                                                                OF COUNSEL