IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEESE,** | * | |
| Plaintiff, | * | |
| v. | * | Case Number:  1:06-cv-643 MHT |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | UNOPPOSED |
| Defendants. | * | |

## JOINT STATUS REPORT

**COMES NOW** Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc., the remaining Defendant in the above matter and with consent of all parties, files this Joint Status Report in the above-referenced matter.

The parties are in the process of obtaining the release documentation in this matter and hope to have such documentation in hand within the next thirty (30) to forty-five (45) days.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s Gregory S. Ritchey
Gregory S. Ritchey, Esquire   (ASB-8193-H68G)
Richard S. Walker, Esquire   (ASB-8719-L70R)
Counsel for Champion Homes of Boaz, Inc., formerly known as Homes of Legend, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203 West
Birmingham, AL 35223-2468
Phone:          205.876.1600
Facsimile      205.876.1616

## **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that on the 4th day of August 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                /s Gregory S. Ritchey
                OF COUNSEL